PearsoN, C. J.
 

 The exception is over-ruled. It is clearly settled, that where a husband dies, after an interlocutory decree for an account, the wife surviving, becomes entitled to the amount that may be recovered by the final decree; indeed, the wife, surviving, is entitled, although the husband should not die until after final decree; for he does not actually reduce the chose into possession by a judgment or final decree ; that can only be done by execution or payment to. the husband, and the legal effect given to a judgment or decree, is to give the husband the benefit of taking, by survivorship, in case of the wife’s death ;
 
 Nanny
 
 v.
 
 Martin,,
 
 1 Eq. Ca. Ab. 68;
 
 McCauley
 
 v.
 
 Phillips,
 
 4 Ves. Jun’r. 15.
 

 Per Curiam, Decree according to report..